NVB 1007–3 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                          BK–16–11907–led
                                                                CHAPTER 11
ALLA V KOSOVA
    fka ALLA V WARTENBERG

                                                                NOTICE OF INCOMPLETE
                Debtor(s)                                       AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 4/8/16. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

  *   The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
      *   Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
      *   Summary of Your Assets and Liabilities and Certain Statistical Information (28 U.S.C. Section 159)(Individual Debtors Only) (Official Form 106Sum)
      *   Schedule A/B: Property (Official Form 106A/B)
      *   Schedule C: Property You Claim as Exempt (Official Form 106C)
      *   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
      *   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
      *   Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
      *   Schedule H: Your Codebtors (Official Form 106H)
      *   Schedule I: Your Income (Official Form 106I)
      *   Schedule J: Your Expenses (Official Form 106J)
  *   The Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), required pursuant to Fed. R. Bankr. P. 1007(b) and (c), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

  *   Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 329.

LIST OF CREDITORS:

  *   The Verification of Creditor Matrix, required pursuant to Fed. R. Bankr. P. 1008, was not filed with the list of creditors.

STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION – INDIVIDUALS ONLY:

\*   The Chapter 11 Statement of Your Current Monthly Income (Official Form B122B), required pursuant to Fed. R. Bankr. P. 1007(b)(5) and (c), was not filed with the Voluntary Petition.

DECLARATION RE: ELECTRONIC FILING:

\*   The debtor(s) failed to file a Declaration under penalty of perjury re: Electronic Filing pursuant to LR 5005, and Electronic Filing Procedures, or has failed to include a proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and LR 5005.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 4/11/16

*Mary A Schott*

Mary A. Schott
Clerk of Court