# EXHIBIT A

## EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD

| | |
|---|---|
| McDonald: | My name is Edward McDonald. I work for the Department of Justice. I represent the United States Trustee. We are here today for a 341 meeting of creditors in the case entitled *In re: Alla V. Kosova*, Case No. 16-11907-LED before the Honorable Laurel E. Davis, who is a bankruptcy judge in the District on Nevada. It is the time and date set for the 341 meeting of creditors. It is May 12, 2016. It is 4:25 in the afternoon Pacific time. I have the Debtor here. What is your name, ma'am? |
| Kosova: | Alla Kosova. |
| McDonald: | Please raise your right hand. Do you swear and affirm to tell the truth, the whole truth, and nothing but the truth during the course of this examination and do you understand you are testifying under penalty of perjury? |
| Kosova: | Yes, I do. |
| McDonald: | Thank you very much. You can put your hand down. I have your counsel here. Please make your appearance, sir. |
| Featherstone: | Ethan Featherstone on behalf of Ms. Kosova. |
| McDonald: | I also have your other counsel, who is on the phone. Please make your appearance. |
| Ballstaedt: | Seth Ballstaedt appearing telephonically for Alla Kosova. |
| McDonald: | I have representatives of creditors here. Sir, what is your name and what do you represent? |
| Jones: | Greg Jones, Dykema Gossett on behalf of CIT Bank. |
| McDonald: | Okay. Uh, ma'am, I have somebody who is probably not going to ask questions, but what is your name and who do you represent? |
| Backus: | My name is Jane Backus and I represent Five Star Painting. I'm not a creditor to the case here. |
| McDonald: | You don't represent a creditor. |
| Backus: | No. I am a party in a suit brought by Ms. Wartenberg? |
| McDonald: | Oh, okay. Let's see here. |
| Kosova: | Five Star Paint was dismissed. Are you talking about the house, a long time ago? Five Star Painting was dismissed? |
| McDonald: | I am recording everything you are saying, so… |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 1*

Kosova:          Yeah.

McDonald:        So, if you want to hash something out, it's on the record.  Just letting you know.

Kosova:          Yeah.  I just don't know why she is here.

Featherstone:  Don't worry yourself about it.

Kosova:          Okay.

Featherstone:  We can talk about it later.

McDonald:        It is open to the public, so she can come.

Kosova:          Yeah, that's fine.

McDonald:        So she can come if she wants.

Kosova:          That's fine.  That's fine.

McDonald:        Alright, umm, okay.  Looking at Docket No. 1, which has the creditors matrix and the Clark County Assessor, Clark County Treasurer, Department of Employment Training and Rehab, Internal Revenue Service at the Philly address. Massachusetts Department of Revenue, Nevada Department of Taxation, Social Security Administration, State of Nevada Department of Motor Vehicles, United States Trustee.  Uh, did you guys check, there used to be a, maybe they took it off, for people that owed Texas tax.  There, or, I don't even, I don't think they have a state tax, but there was like a Texas agency that wanted to be on the Schedule E list.  Did you get, Mr. Ballstaedt, did you make sure, to see if that was one of the Schedule E entities that should get notice?

Ballstaedt:      No. I don't ever remember them being them.  I mean, the only out of state notice entity I remember is Massachusetts, but, I can double check on that.  Umm, I don't remember them being included, at least not since I've been practicing.

McDonald:        Alright.  Umm, alright, please go back and check Schedule E, make sure you do it.  It looks like all of them, except for, maybe, that Texas one.  And if memory serves, I think they were on and they had themselves taken off.  I guess they didn't like getting mail from Nevada.

?                (inaudible)

McDonald:        Okay, thank you.  Uh, okay.  I am going to show you a Docket No. 1, page 1 of 14, and page 2 of 14.  First of all, page 1, tell me if that is your name on the petition.

Kosova:          Yes.

McDonald:        And, uh, your maiden name is Alla Wartenburg?

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                                    *Page 2*

Kosova:      No, that's my former married name.

McDonald:    Oh, okay.  Have you gone by any other names, uh, no?

Kosova:      No.

McDonald:    Okay.  Umm, and turn to the second page.  Is that your address?

Kosova:      Yes.

McDonald:    Okay, that's where you can accept mail and, uh, legal papers and whatnot?

Kosova:      Correct.

McDonald:    Okay, and that's the (Manana?) …

Kosova:      Umm-hum.

McDonald:    … address?

Kosova:      Umm-hum.

McDonald:    Okay.  How long have you, uh, how long ago did you live in Nevada?

Kosova:      Uh, a year ago.

McDonald:    A year?

Kosova:      Yeah.

McDonald:    Okay, and uh, you guys have done whatever legal analysis you need to do to figure out, uh that she, I guess you, on her Schedule C you took the 522 Federal Exemptions, right?

Ballstaedt:  That's correct.

McDonald:    Okay.  And so, based on your legal analysis, she could do that legitimately.

Ballstaedt:  That's correct.

McDonald:    So, alright, I guess my question is, but, you thought about it, and that is what you decided?

Ballstaedt:  Yeah, we refer to a resource when the client hasn't ___ in the last 2 years and we have, umm, we have support for that, so.

McDonald:    Okay.  You can have that back.

Kosova:      Um-hum.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 3*

McDonald:      Umm, alright,  and so, uh, Docket No. 1, page 11 of 14.  Is this your electronic
               signature?

Kosova:        Where is the signature?

McDonald:      You see this thing right here?  Where is says slash-S-slash-Alla V. Kosova?

Kosova:        Okay.

McDonald:      That's called an electronic signature.

Kosova:        Sure.

McDonald:      Is that your electronic signature?

Kosova:        That's my name, yep.

McDonald:      Okay.  Is that your electronic signature?

Kosova:        Yes.

McDonald:      Did you allow Mr. Ballstaedt  to put that there as a signature?

Kosova:        Yes.

McDonald:      And did you actually sign the petition in ink before this was filed?

Kosova:        Uh, there was some, there was another one that I signed, umm…

McDonald:      Did it look like that?

Kosova:        I think so.  There was quite a bit of paperwork, but I remember signing.

McDonald:      Before the case was filed?

Kosova:        Uh-hum, that is correct.

McDonald:      Okay.  Did it kind of look like this?

Kosova:        Kind of, yeah.  But, I mean, there is a _____

McDonald:      Do you have copies of the ink signature on, uh, that you could produce if we
               asked for it?

(?)            Let me look to make sure we have it.

Kosova:        I don't remember if I signed with ink or if I signed with my signature, my
               electronic signature on there.

| | |
|---|---|
| McDonald: | Well, you did that on this thing. |
| Kosova: | Yeah. And there were several others. I thought, is this the only one? Yes, this is my signature, right there. |
| McDonald: | Right. But my question is, did you sign the petition in ink before they filed the case? |
| Kosova: | Isn't that the petition right there? |
| McDonald: | Naw, it's this thing. |
| Kosova: | Umm. |
| McDonald: | This is the Declaration of Electronic Filing of the Petition. |
| Kosova: | I honestly don't remember. I know I had a bunch of paperwork that I signed, scanned, signed electronically, so I can't tell you for sure. But, I think so. |
| Ballstaedt: | If we, we have copies of everything through Docu-Sign. Umm… |
| Kosova: | That's my initials. |
| Ballstaedt: | I don't know how much of it we have signed in ink. Umm,  But we do have authorization through DocuSign. I'm not sure why you ask for ink, necessarily. I'm sure there is a reason. But, our reading of the local laws would allow signing through DocuSign. |
| McDonald: | Okay, so, I'm just trying to understand what's going on. So, did you, okay, you live in Texas, right? |
| Kosova: | Um-hum. |
| McDonald: | Umm, before the case got filed, did you sign anything in ink? Like with a pen? |
| Kosova: | Like I said, I may have, and scanned it and sent it over to them, and somethings I did on DocuSign with an electronic signature, so I just. |
| McDonald: | So, you did a mixture of both. |
| Kosova: | Correct. |
| McDonald: | Okay. |
| Kosova: | I think. There was a lot of paper. I filled out a bunch of paperwork and sent it over to the office. |
| McDonald: | Okay. And that was before the case was filed? |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 5*

Kosova:        Yes, sir.

McDonald:      Okay.  Let's see here.  I'm going to show you Docket 12.  This is, are the schedules that you filed and the Statement of Financial Affairs.  So, on Docket 12, page 28 of 38, there is an electronic signature.  Is that your electronic signature?

Kosova:        Yes.

McDonald:      And then of page 36 of 38, Docket No. 12, there is an electronic signature on that page.  Is that your electronic signature?

Kosova:        Yeah.

McDonald:      Uh, on page 38 of 38, Docket No. 12, there is an electronic signature.  Is that your electronic signature?

Kosova:        Yes.

McDonald:      Docket 13, page 3 of 3, this is the Chapter 11 means test, there is an electronic signature.  Is that your electronic signature?

Kosova:        Yes.

McDonald:      Umm, and then you guys amended the schedules on April 26th?  Yeah?  Mr. Ballstaedt, did you amend the schedules on April 26th?

Ballstaedt:    You are looking …

McDonald:      Docket 15.

Ballstaedt:    Yeah, it looks correct.  I don't remember exactly what changes were made at that time.

McDonald:      Okay.  Docket 15, Docket 15, page 28 of 38, there is an electronic signature.  Is that yours?

Kosova:        Yes.

McDonald:      Docket 15, page 36 of 38, there is an electronic signature, is that your electronic signature?

Kosova:        Yes.

McDonald:      Docket 15, page 38 of 38, there is an electronic signature, is that your electronic signature?

Kosova:        Yes.

McDonald:    Then you filed another, I'm sorry, filed another, Docket 17 is another Chapter 11 means test, and on page 3 of 3 there is another electronic signature. Is that your electronic signature?

Kosova:    Yes.

McDonald:    Is that something that I gave you?

Kosova:    Yeah, that's the base test.

McDonald:    Oh, okay. That's the

Kosova:    _____ back of it for now.

McDonald:    That's the one that you gave to me.

Kosova:    Yeah.

McDonald:    That's something that you gave me. Alright, I showed you a bunch of places on documents that you filed, your Petition and your Schedules, as amended, and your means test forms, as amended, and you said that the electronic signatures where it said your name, uh, were your electronic signature and, I didn't ask this, but did you authorize Mr. Ballstaedt or Mr. Featherstone to put the electronic signatures there on all of those papers?

Kosova:    Yes.

McDonald:    Okay. So in most of the places where you signed, you are basically saying that before these papers got filed, I looked them over, they seemed accurate and complete to me. So, let me ask you this, before all of these papers that I showed you, which is Docket No. 1, Docket No. 12, 13, 15 and 17 were filed, did you look them over to see if they looked accurate and complete based on what you knew at the time of the review?

Kosova:    Yes.

McDonald:    As you sit here today, do you know of anything that you want to add or delete or change in the information in the Schedules, as amended, to make them 100% accurate and complete; at least as far as you know today?

Kosova:    Did we submit some things from yesterday?

Ballstaedt:    Yeah, uh, in response to some, uh, …

McDonald:    So, I got the IDI yesterday? Right? So what, right?

Ballstaedt:    That's correct.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                                    *Page 7*

McDonald:    So, what did you get, so it sound like you figured out some things that perhaps need to be changed. So tell me that you are going to change.

Ballstaedt:    So, we already filed these amendments yesterday. You probably didn't see it yet, but um, but they were filed yester, today actually. We filed the amended Schedule B and F, uh, to add some additional creditors and some child support, umm, just some omissions that were pointed out in the IDI. And, umm, there were three businesses we disclosed on SOFA that earned, not in operation, but, umm, needed to be disclosed on the Statement of Financial Affairs, that was amended already. But, as well to disclose those.

McDonald:    Okay, so B, F and SOFA. Umm, I'll probably take a break and go up and get those in a minute. Umm, but let's see, what else? Uh, so, with those amendments, as far as you know today, I'm not asking you to have superpowers, so if you figure out something else needs to be added later, I'm just asking you what you know today. With the amendments that were filed, do you think that you got all of the information correct?

Kosova:    I hope so. I think so, yeah.

McDonald:    Okay. And did you look over the documents that were filed today?

Kosova:    Yes.

McDonald:    Okay. Are you aware that the schedules are signed under penalty of perjury?

Kosova:    Yes.

McDonald:    Did you authorize the filing of this bankruptcy?

Kosova:    Yes.

McDonald:    Okay, uh, oh, before I forget. So, uh, do you own any property outside of the United States?

Kosova:    No.

McDonald:    Umm, do you owe any support to anybody, like child support, alimony, palimony, something like that?

Kosova:    No.

McDonald:    Okay. Are you, did you, you said you used to be married to Mr. Wartenburg, right?

Kosova:    Yes.

McDonald:    Have you been married to anybody else besides him?

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                                 *Page 8*

| | |
|---|---|
| Kosova: | No. |
| McDonald: | Okay. Do you think, well, is there a possibility that he may be owed money by you? |
| Kosova: | He may be owed money by me? No. |
| McDonald: | Did you give him notice of this bankruptcy? |
| Kosova: | He's not a creditor, so I didn't know I'm supposed to. |
| McDonald: | Well, that's what you say, but I guess he might have a different opinion. Did you give him notice of the bankruptcy? |
| Kosova: | No. |
| McDonald: | How long ago … |
| Kosova: | He knows about the bankruptcy, but I didn't give him notice. |
| McDonald: | How does he know? |
| Kosova: | Umm, I think he told me 'I know you filed bankruptcy,' so I don't know how. |
| McDonald: | How long ago did you guys get divorced? |
| Kosova: | Umm, June or July of 2013. |
| McDonald: | Okay. So, what's his name? |
| Kosova: | Daniel. |
| McDonald: | Daniel Wartenburg. |
| Kosova: | Umm-hum. |
| McDonald: | Umm, you guys, you didn't put him on the creditors matrix. I mean, why not? They only got divorced three years ago. I, Mr. Ballstaedt, I guess I would ask you to consider whether to put him on so that he can't come back later and say 'Well, I didn't get official notice, I, you know." |
| Ballstaedt: | Had I, I want to inform you of something. |
| McDonald: | Okay. Like if there is some kind of weird reason why, then… |
| Ballstaedt: | No. Nothing weird, but Daniel Wartenburg contacted us independently, consulted with Ethan, and we… |
| McDonald: | You are not going to tell me anything that may be attorney client privilege, right? |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 9*

| Ballstaedt: | No, no.  Well, if this is relevant to our application to employ, because of potential conflict of interest. |
| McDonald: | Oh. |
| Ballstaedt : | So, I'm not disclosing any privileged information, I'm just disclosing that we might have a potential conflict of interest in this case.  Umm, we have obtained a waiver from Mr. Wartenburg under which he declares under penalty of perjury that he doesn't, he, umm, that the debtor in this case, Alla, doesn't owe any money to him and to the best of his knowledge, he is not a creditor to her. |
| McDonald: | Uh, okay. |
| Ballstaedt: | But, |
| McDonald: | You actually polled him, and he says he doesn't think there are any claims.  Right? |
| Ballstaedt: | Yeah.  Or claim against her. |
| McDonald: | Okay.  Umm, |
| Ballstaedt: | But, umm, |
| McDonald: | Yeah, so go on. |
| Ballstaedt: | Okay.  So, I just want to make you aware of that because we are going to be amending our application to employ to, umm, discuss this potential conflict of interest that we discovered, and as a result, we may need to withdraw from his case. |
| McDonald: | Oh, he filed bankruptcy? |
| Ballstaedt: | Sorry? |
| McDonald: | He filed bankruptcy?  So, he's filed bankruptcy? |
| Ballstaedt: | Yeah.  He's filed as well.  He, we didn't identify their relationship.  They each individually contacted us. |
| Kosova: | That's news to me. |
| Ballstaedt: | Each independent, each met with a different attorney.  So, |
| McDonald: | Uh, do you know where he filed? |
| Ballstaedt: | Do you want to know where? |
| McDonald: | Yeah. |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                                    *Page 10*

Ballstaedt:     Like, what district?

McDonald:     Yeah.  Do you know what state he filed in?

Ballstaedt:     Oh, he filed with our office.  Yeah.  He filed in Nevada.

McDonald:     So you …

Jones:     I have the case number.

McDonald:     Yeah, well, what is that?

Jones:     Case number, I just wrote it down, umm, 16-12321.

McDonald:     He filed a Chapter 11?

Jones:     No, he filed a Chapter 7.

McDonald:     Oh.  Okay.  So Wartenburg and uh, let's see, okay, B-E-R-G, Daniel.  And, uh, it's not a good sign when you can't even write, read your own handwriting as its coming out of the pen.  Um, okay, what's the case number?

Jones:     Uh, 16-12321.  I think it's before Judge Landis.

McDonald:     Do you know who the panel trustee is?

Jones:     No.  No I don't.  Sorry.

McDonald:     Umm and you guys represent Mr. Wartenburg?

Ballstaedt:     That's correct.  We have a waiver from, this is something …

McDonald:     Yeah, you can't waive a conflict

Ballstaedt:     … with those clients.

McDonald:     Even if you can waive a conflict under, uh, the Nevada Ethical Rules, I'm not sure that you can do it in bankruptcy.  That's *in re: SS Retail Stores*.  Umm, and so, I appreciate your candor, but, umm

Ballstaedt:     Well, I'm aware of that too because I've seen you bring that objection in other applications to employ.  We don't know that there is a conflict.  Umm, according to Mr. Wartenburg, there is not.  But, uh, yeah, you might be correct and we may have to withdraw from one of the cases or resolve this one way or another.  But, umm, this is newly discovered, umm, so I don't know that we are fully prepared to, umm, to, to, I guess inform the court as to how we are going to resolve this conflict, except to acknowledge that there is a potential conflict.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*          *Page 11*

McDonald:    Alright. And, uh, I apologize for asking you personal questions, but, do you think that you have a claim against Mr. Wartenburg? It's a legal question, too.

Kosova:    Besides child support? No.

McDonald:    So, he owes you child support.

Kosova:    He is current on his payments. Just continue, continues to pay child support.

McDonald:    And how much is he supposed to pay you?

Kosova:    Well, he pays me $300 a month for four kids.

McDonald:    Okay. Uh, and he's current, right?

Kosova:    Yes.

McDonald:    And you guys, uh, there was a Divorce Decree where you split up your property, right?

Kosova:    Not split up. Anything I got pretty much everything.

McDonald:    Well, even if he got nothing and you got everything, …

Kosova:    I guess you would call it a split. Yeah.

McDonald:    … it was divided up. Okay. I don't know, uh, I'll have to look at it. I'm just letting you know, it sounds like, it sounds like, maybe, 'cuz you know, uh, well, anyways. So that I don't ramble on the record, yes. This is, I think this is something that everybody will have to think about. When did you file your application to be employed in the Kosova case?

Ballstaedt:    Umm, we filed it on May 6th.

McDonald:    Umm, alright, uh, again …

Kosova:    May 6th or April?

McDonald:    You think it was April?

Kosova:    When did we file bankruptcy?

McDonald:    No, no, no.

Kosova:    _____

McDonald:    Okay. So, he has to, in bankruptcy your attorney has to ask the court's permission to represent you. And that is what he is talking about.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 12*

Kosova:      Oh.  Okay.

McDonald:    And the, anyways, the, okay, let's see, here.  What was I talking about before we got off on this?  Oh, umm,

Kosova:      You were asking me if I should get

McDonald:    Say what?

Kosova:      You were telling me that I maybe should have brought him on as a creditor and why he wasn't a creditor.

McDonald:    Well, I can't tell you to do anything.  I'm just asking why, like, you know, sometimes people get divorced pretty recently and, maybe, the guy is like 'she owes me blah, blah blah.'  He never finds out and, uh, that's why I always ask.  Now, if it was like 15 years ago, that is a little bit different.  But, umm, okay.  Uh, now I am going to ask you about, let's see here, okay tell me, so, how many people in your household?  You said you have four kids, right?

Kosova:      Um-hum, well, one of them is out.  He is in college.  So, I've got three at home.

McDonald:    Okay.  And I don't want to know anybody's name.  Umm, but, uh, you've got four kids, one kid is in college, umm, and, uh, you're not married again, right?

Kosova:      Right.

McDonald:    But you live with a, you have a significant other in Texas?

Kosova:      I have a boyfriend, yes.

McDonald:    Okay, and does he have any kids?

Kosova:      Not that live with us.

McDonald:    Okay, it's just the, I guess, uh, 4, 6, so 5½, 1 in college.  I'm not very good at math.  Let's see.

Kosova:      You mean as far as kids?  I have three kids at home, myself, and my boyfriend.  So, there are five people total.

McDonald:    So, you've got five people in the house.  One in college?

Kosova:      Correct.

McDonald:    Um.

Kosova:      Do you count my boyfriend as part of the household, yeah.

McDonald:    Well, I mean, do you guys spend money together on food and stuff like that?

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 13*

| | |
|---|---|
| Kosova: | He helps me with a lot of stuff. |
| McDonald: | Okay. |
| Kosova: | For right now. |
| McDonald: | So, he spends money to help you live and you spend money to help him live. Then, so that's |
| Kosova: | Yeah. I guess. Yeah. |
| McDonald: | Okay. And, uh, you work at Medical Diagnostics. |
| Kosova: | Umm-hum. |
| McDonald: | And you are the COO. |
| Kosova: | Umm-hum. |
| McDonald: | You make about $12,637 a month, on average, from that job, correct? |
| McDonald: | Okay. And then, uh, let's see here, and if I look like I'm looking at your documents strange it is because I can't, I'm getting old, I can't see, it's got nothing to do with the information in there, it's just that my glasses don't work anymore. |
| | Umm, alright. And so, so, you said Mr. Wartenburg pays you $300 a month in child support. |
| Kosova: | Yes. |
| McDonald: | And that is on line 8C, and then, umm, this other fellow, what's his name? Your boyfriend? |
| Kosova: | Scott. |
| McDonald: | Okay. Scott what? |
| Kosova: | LaRoque (sp?). |
| McDonald: | Say what? |
| Kosova: | LaRoque. |
| McDonald: | LaRoque. Okay. Is he, he's not obligated to pay any money to your upkeep or your kids upkeep. |
| Kosova: | No, not at all. |

McDonald:    Umm, do you know about how much money he spends on household stuff?

Kosova:    I have no idea.

McDonald:    Umm, do you, do you earn money any other way than as the COO of Medical Diagnostics?

Kosova:    No, sir.

McDonald:    Okay.

Kosova:    Besides that and child support.

McDonald:    Oh, right, right, yeah. I'm sorry, and child support.

Kosova:    And let's see, what else, umm, the thing, you owned a number of companies, and, let's see here, is, okay, so you own stock in Rare Finds, LLC, is that one of the companies that you started?

McDonald:    Yeah.

Kosova:    I mean, it's not a functioning company.

McDonald:    Okay. Did it ever have anything in it?

Kosova:    No.

McDonald:    When did you form it?

Kosova:    A long time ago, 2008, '09.

McDonald:    2008. Okay.

Kosova:    I mean, I don't want to give you wrong information, but it's been a long time.

McDonald:    Just tell me

Kosova:    Best recollection?

McDonald:    Just give me your best recollection.

Kosova:    Yeah.

McDonald:    Umm, and then, and was that a Nevada company?

Kosova:    Yes.

McDonald:    Okay. And, uh, how much of that did you own?

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 15*

| | |
|---|---|
| Kosova: | I believe 100%. |
| McDonald: | Okay, because there is nothing on that Schedule, although it calls for a percentage of ownership. |
| Ballstaedt: | I'll file an amendment to correct them. |
| McDonald: | Are you giving me the hook? |
| U.S. Marshall: | We're giving you the five minute warning. |
| McDonald: | Okay. Umm, uh, alright, why don't you ask your questions. |
| Jones: | Sure. Hi, I'm Greg Jones. I represent CIT Bank. |
| Kosova: | Hi. |
| Jones: | How are you today? Umm, I want to ask you, you, there is presently a lawsuit that you commenced in State Court against Westpoint Development, and a bunch of other sub-contractors. |
| Kosova: | Umm-hum. |
| Jones: | What's the status of that case right now? |
| Kosova: | It's on freeze. I don't know right now. |
| Jones: | Okay. |
| Kosova: | I'm not paying any attorney fees or anything like that, so I don't … |
| Jones: | Is this, uh, an asset? Say you win, prevail in that case, is it something that you would use to pay off creditors? |
| Kosova: | Possibly. |
| Jones: | The … |
| Kosova: | I shouldn't say that. If I do, it would go to, it's supposed to go to fix the house. It's, if it's a defect. |
| Jones: | Right. |
| Kosova: | Umm, defect, umm, lawsuit. So if anything was to be given it would go into the house to fix the house. |
| Jones: | Okay. I understand the property at Anthem Point, umm, it was initially purchased by you and your husband. And then, and you referred to a Divorce Decree before? How did that property get split up between the two of you? |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*          *Page 16*

Kosova:      I got it in the divorce.

Jones:       You got full…

Kosova:      Yes.

Jones:       Full.  Okay.  Full ownership.

Kosova:      Yes.

Jones:       Umm, okay.  Why did you file this Chapter 11 case?

Kosova:      Umm, the bank, I guess, who you represent, and frankly I didn't know that, you
             said you represent CITI Bank?

Jones:       C-I-T Bank.

Kosova:      C-I-T Bank?

Jones:       Which was OneWest.

Kosova:      So, there is just a name change.

Jones:       Yeah.

Kosova:      Okay, so I'm like I know One West, I don't know

Jones:       (inaudible)

Kosova:      Okay.  Got 'ya.  So, One West, umm, filed for a foreclosure ...

Jones:       Um-hum.

Kosova:      … on the property.  So that's when I filed the, uh, bankruptcy because I would
             like to reorganize and keep the property.

Jones:       Okay.  And how would you, do you have a strategy for reorganizing at this point?

Kosova:      That would be more of my attorney question how that would happen.

Ballstaedt:  That would be a good question for me, maybe.

Kosova:      Yeah.

Ballstaedt:  I can answer if you want me to.

Jones:       Yeah, it would be great if you don't mind.

McDonald:    Talk fast.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 17*

| | |
|---|---|
| Ballstaedt: | Okay. The proper, the case centers on this property, which is now a rental property, and we propose to do a cram down, a bifurcation of the loan as secured and unsecured and, uh, probably will be approximately $200,000 payment toward general unsecured class of creditors. Umm, that will also set aside liquidation value in the case. |
| McDonald: | Yeah, and who is the renter you got in there? Do you have a renter in there? |
| Kosova: | No, we plan to put the house on the market and get a renter. |
| McDonald: | Okay, so you don't have any leads, yet? |
| Kosova: | Uh, some leads. I mean, I've talked to a few realtors, it shouldn't be that hard to |
| McDonald: | Have you talked to anybody that is interested in renting the house? |
| Kosova: | This is brand new, so I haven't had any clients come by, but I've talked to a few realtors that said it should not be a problem to rent the house. |
| McDonald: | And how much are you supposed to pay the bank every month? |
| Kosova: | Umm, that's also set, on the current loan? Or under the, I guess, the cram down situation? |
| McDonald: | No, the one that you are supposed to pay currently. Since you haven't stripped it off yet. |
| Kosova: | You have my mortgage statement. I think it's 13, around $13,000 a month. |
| McDonald: | When was the last time you paid the mortgage? |
| Kosova: | Umm, again, don't hold me to an exact number, but roughly about 12 months ago, 15 months ago, something right around there. |
| Jones: | Okay. |
| McDonald: | Keep going. |
| Jones: | Okay, I'm sorry. With respect, I'm sorry, I didn't quite understand when you talked about bifurcation, I'm sorry, what he meant by that. |
| McDonald: | He means, she used to live in the house. Now, she is turning it into a rental once they get it. A person in there renting. Here's how much your mortgage is worth. Here is how much the property is worth. If you are going to strip it down here, they are going to pay you as an unsecured creditor for this part, like $0.05 on the dollar, whatever. It's going to strip down the monthly amount that you owe by whatever the drop is. They think that the rental money that they bring in from this person to be determined will be enough to cover the new mortgage and she has |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 18*

money that she is going to pay you as an unsecured. And what else are you reorganizing besides the house?

Kosova: That's it.

McDonald: Okay. Umm, Okay, I see you. I'm going to get out soon, I promise.

Kosova: Is there like a time out?

McDonald: Yeah. The guys with guns, uh, always

Kosova: We could have used the guys with guns today with the rock throwing. That's so scary.

McDonald: Yeah.

?: See if he is finished with his questions.

Kosova: Holy cow.

McDonald: So, basically this is a stip off and a cram down, right?

Kosova: Um-hum.

McDonald: Okay. And, uh, got more questions?

Jones: No. That's all I have for now.

Kosova: Absolutely.

McDonald: Okay, now we are going to do the speed round?

Kosova: Okay.

McDonald: Umm, have you ever filed bankruptcy before?

Kosova: No, sir.

McDonald: Okay. Have you ever owned any companies that filed bankruptcy before?

Kosova: No, sir.

McDonald: You had a bunch of companies that I think you added onto the SOFA today, right? SOFA is a Statement of Financial Affairs. Clark, yesterday, the accountant that works with me asked you about a bunch of companies

Kosova: Right.

McDonald:     … that you started.  Are, is there any income, is there any stuff in any of those companies

Kosova:       No, and that is why I originally

McDonald:     Alright, hold on.  So, and then you had an account at, with one of those companies that you were putting money into, right?  You are not doing that any more, right?

Kosova:       Correct.

McDonald:     All the money that you get it you are going to run it …

Kosova:       Debtors.

McDonald:     Debtor in possession bank account, right?

Kosova:       Uh-huh.

McDonald:     Alright, umm, did you give us all of the did you give us the insurance documents that show that your …

Kosova:       Yes.

McDonald:     … property is insured?

Kosova:       Yes.

McDonald:     Do you have a Debtor in possession bank account?

Kosova:       Yes.

McDonald:     And, what's the banks?

Kosova:       Wells Fargo.

McDonald:     Okay.  Let's see here.  Have you made any unusual transfers in the past twelve months to like your relatives, …

Kosova:       No, sir.

McDonald:     Okay, I'm almost done.  I've got five more minutes, five more minutes.

U.S. Marshal: We are actually off duty already.  The front door is locked up.  It is 5:00 o'clock.  So, I need you guys to close it up.

McDonald:     Okay.  Alright.  I'm closing it up.  Are you involved in any litigation right now that was filed in the past year.

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 20*

| | |
|---|---|
| Kosova: | In the past year? |
| McDonald: | Or, no, exist in the past year? |
| Kosova: | Which one is it? |
| McDonald: | Do you have a case filed |
| Kosova: | Is it a case was filed in the last year or exists? |
| McDonald: | No, exists. |
| Kosova: | Exists. Yes. |
| McDonald: | Okay is it the CIT Bank? |
| Kosova: | Yes. |
| McDonald: | Is there any other ones? |
| Kosova: | Not .. |
| McDonald: | What about the one with this lady back here? |
| Kosova: | That's what she is part of. |
| McDonald: | Okay. Before you filed, did you guaranty any one's debts? Do you know what that means? |
| Kosova: | Uh-uh. |
| McDonald: | It's like a, let's say I'm your brother, and I buy a race horse, and they are like 'I don't know if you are going to be able to pay it'. And you say, 'Hey, if he doesn't pay, if he defaults, you can come to me.' You guaranteed my debt. I'll guarantee his debt. |
| Kosova: | No, no. |
| McDonald: | Okay. Did anyone guarantee your debts? |
| Kosova: | No. |
| McDonald: | Umm, what about your ex-husband? |
| Kosova: | Uh, he's on the loan, I guess guaranteed the debt, but he's on the loan. |
| McDonald: | Did you put him on Schedule H? |
| Kosova: | As of yesterday, yes. |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 21*

| | |
|---|---|
| Ballstaedt: | It was just filed. |
| McDonald: | Any you haven't made any unusual payments in the last year to anybody that is like a relative, or anything? |
| Kosova: | No. |
| McDonald: | Do you have any executory contracts that you need to assume or reject as part of the bankruptcy? |
| Kosova: | I don't know what that means. |
| McDonald: | Umm, is Schedule G up to date as far as you know? |
| Ballstaedt: | I'll say yes. |
| McDonald: | Alright.  Are you up to date on your taxes. |
| Kosova: | Yes. |
| McDonald: | Your wages? |
| Kosova: | Yes. |
| McDonald: | I mean your rental, you haven't paid the secured debt, umm, you didn't pay the attorneys anything after the bankruptcy started, right? |
| Kosova: | No, just before the bankruptcy. |
| McDonald: | Okay.  Do you have any additional sources of income we haven't discussed. |
| Kosova: | No. |
| McDonald: | Is any property used or controlled by you, held by a trust, partnership or corporation? |
| Kosova: | No. |
| McDonald: | We talked about your plan, uh, okay.  You know you have to file monthly operating reports, right? |
| Kosova: | Yes. |
| McDonald: | If you don't file |
| Kosova: | over six minutes. |
| McDonald: | Just listen, because I've got two guys |

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 22*

| Kosova: | Yeah, got 'ya, got 'ya. |
|---|---|
| McDonald: | You have to file monthly operating reports, you have to file them on the 20th of the month. If you don't file them on time, you can expect us to eventually show up and ask the Court to dismiss or convert your case because you are not doing what you are supposed to do. Do you understand that? |
| Kosova: | I will do it. |
| McDonald: | Okay. You know you got to pay quarterly fees, right? |
| Kosova: | Um-hum. |
| McDonald: | Are you going to pay them on time? |
| Kosova: | Yes. |
| McDonald: | Okay. If you don't, you can't get your plan confirmed. That's a good reason for you. We might show up and ask that the case be dismissed if you don't pay them. Let's see, what else, and if you don't pay them and the case is closed, I will turn your social security number over to the I.R.S., to the Treasury, and they'll do all kinds of stuff. Your attorney can explain it to you. |
| Kosova: | They went over it yesterday in detail. |
| McDonald: | Okay. I don't want to know what you talked about. Here are some handouts for your reading pleasure. It has all of that information in it. |
| Kosova: | Okay. |
| McDonald: | Okay. Here you go. And, does anybody else have any questions? I have no more questions, therefore we are going to conclude this 341 meeting of creditors in the case entitled *in re: Alla V. Kosova*, Case No. 16-11907-LED. It is 5:03 in the afternoon, Pacific Time. This meeting is concluded and I am going off the record. |

4821-2190-5970.1
ID\JONES, GREGORY - 105636\000730

*EXAMINATION OF ALLA V. KOSOVA BY EDWARD MC DONALD*                    *Page 23*