

_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
August 16, 2016

Gregory K. Jones, Esq., CA Bar No. 181072
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
Email: gjones@dykema.com

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for CIT Bank, N.A. (f/k/a OneWest Bank N.A.)*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Alla V. Kosova,<br><br>Debtors. | Case No.: 16-11907-LED<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER CONVERTING OR DISMISSING CHAPTER 11 CASE**<br><br>Hearing Date: August 9, 2016<br>Hearing Time: 9:30 a.m. |

The Motion For Order Converting Or Dismissing Chapter 11 Case (the "Motion") [Docket No. 39] having come before this Court on August 9, 2016; CIT Bank, N.A. (f/k/a OneWest Bank N.A., f/k/a OneWest Bank, FSB), appearing by and through its counsel Gregory K. Jones, Esq. of Dykema Gossett LLP and Jeanette E. McPherson, Esq. of Schwartzer & McPherson Law Firm and

P:\CIT Bank fka OneWest Bank\Kosova, Alla\Motion to Convert or Dismiss\Order Re Motion to Convert.docx     Page 1 of 3

Alla V. Kosova, appearing by and through her proposed counsel, Nedda Ghandi, Esq. of Ghandi Deeter Blackham; the Motion having been properly noticed; the Court having considered the Motion, the oppositions filed thereto, the reply, pleadings in the case, and the argument of the parties; the Court having placed its findings of fact and conclusions of law on the record at the hearing on this matter which are incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; and for good cause shown, it is hereby

**ORDERED** that the Motion For Order Converting Or Dismissing Chapter 11 Case [Docket No. 39] is granted, and this case is hereby converted to one under Chapter 7 of the Bankruptcy Code; and

**ORDERED** that all status hearings currently scheduled in this case are vacated.

| Submitted by: | Approved/Disapproved by: |
|---|---|
| /s/ *Gregory K. Jones* | *NO RESPONSE RECEIVED* |
| Gregory K. Jones, Esq. | Nedda Ghandi, Esq. |
| DYKEMA GOSSETT LLP | GHANDI DEETER BLACKHAM |
| 333 South Grand Avenue, Suite 2100 | 725 South 8th Street |
| Los Angeles, CA  90071 | Las Vegas, NV 89101 |
| and | *Attorney for Debtor* |
| Jeanette E. McPherson, Esq. | |
| SCHWARTZER & MCPHERSON LAW FIRM | |
| 2850 South Jones Blvd., Suite 1 | |
| Las Vegas NV  89146-5308 | |

*Attorneys for CIT Bank, N.A. (f/k/a OneWest Bank N.A.)*

**SCHWARTZER & MCPHERSON LAW FIRM**
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## **RULE 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ *Gregory K. Jones*
Gregory K. Jones, Esq.
DYKEMA GOSSETT LLP

###