Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email: obrown@nevadafirm.com
Andrea M. Gandara (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

E-filed on: November 2, 2016

*Attorneys for Valery and Nellya Volostnykh and Jehna Ryland*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

ALLA V. KOSOVA fka
ALLA V. WARTENBERG
dba RARE FINDS, LLC,

　　　　Debtor.

Case No. BK-S-16-11907-LED
Chapter 7

**STIPULATION EXTENDING 2004 EXAMINATION DEADLINES AND VACATING 2004 EXAMINATIONS OF VALERY VOLOSTNYKH, NELLYA VOLOSTNYKH, AND JEHNA RYLAND**

Date of Hearing:   N/A
Time of Hearing:   N/A
Place: Courtroom No. 1, Third Floor
　　　　Foley Federal Building
　　　　300 Las Vegas Blvd., S.
　　　　Las Vegas, NV 89101

Judge: Hon. Laurel E. Davis

　　　This Stipulation Extending 2004 Examination Deadlines and Vacating 2004 Examinations of Valery Volostnkyh, Nellya Volostnkyh and Jehna Ryland ("Stipulation") is made by and between Valery Volostnkyh, Nellya Volostnykh and Jehna Ryland in the above-referenced bankruptcy case, by and through their counsel of record, Ogonna M. Brown, Esq. and Andrea M. Gandara, Esq., of the law firm of Holley Driggs Walch Fine Wray Puzey & Thompson, and Chapter 7 Trustee Brian D. Shapiro (the "Trustee" and shall collectively be known as the "Parties"), hereby stipulate as follows:

　　　**WHEREAS**, on April 8, 2016, Debtor Alla V. Kosova formerly known as Alla V. Wartenberg, doing business as Rare Finds, LLC (the "Debtor") filed for Chapter 11 Bankruptcy [Dkt. No. 1].

11926-01/1778704.doc

1   **WHEREAS**, on August 16, 2016, Debtor's bankruptcy case was converted to Chapter 7 [Dkt. No. 83].

2   **WHEREAS**, on August 16, 2016, Brian Shapiro was appointed as Chapter 7 Trustee (the "Trustee") in Debtor's Bankruptcy Case [Dkt. No. 85].

3   **WHEREAS**, on September 17, 2016, the Trustee filed an Ex Parte Motion for 2004 Examination of Valery Volostnykh [Dkt. No. 108] ("V. Volostnykh Exam").

4   **WHEREAS**, on September 17, 2016, the Trustee filed an Ex Parte Motion for 2004 Examination of Nellya Volostnykh [Dkt. No. 109] ("N. Volostnykh Exam").

5   **WHEREAS**, on September 24, 2016, the Trustee filed an Ex Parte Motion for 2004 Examination of Jehna Ryland [Dkt. No. 141] ("Ryland Exam").

6   **WHEREAS**, on September 19, 2016, the Trustee obtained a 2004 Order for V. Volostnykh Exam [Dkt. No. 117].

7   **WHEREAS**, on September 19, 2016, the Trustee obtained a 2004 Order for N. Volostnykh Exam [Dkt. No. 118].

8   **WHEREAS**, on September 26, 2016, the Trustee obtained a 2004 Order for Ryland Exam [Dkt. No. 149].

9   **WHEREAS**, in connection with the Ryland Exam, a subpoena was issued on September 28, 2016 [Dkt. No. 159], requesting an appearance for a deposition at Trustee Counsel's office on October 14, 2016 at 4:00 p.m.

10  **WHEREAS**, in connection with the V. Volostnykh Exam, a subpoena was issued on September 29, 2016 [Dkt. No. 161], requesting an appearance for a deposition at Trustee Counsel's office on October 14, 2016 at 4:00 p.m.

11  **WHEREAS**, pursuant to the N. Volostnykh Exam, a subpoena was issued on September 29, 2016 [Dkt. No. 162], requesting an appearance for a deposition at Trustee Counsel's office on October 14, 2016 at 4:00 p.m.

12  **WHEREAS**, on October 8, 2016, the Trustee issued a subpoena on Bank of Nevada [Dkt. No. 185], seeking production of all bank statements from January 1, 2009 through September 30, 2016 on Nellya Volostnykh and Valery Volostnykh due by October 20, 2016.

11926-01/1778704.doc

**WHEREAS**, on October 14, 2016, Attorney Brown contacted Trustee's counsel, Attorney Robert Atkinson, to hold a meet and confer to discuss the need for a Motion for Protective Order or Motion to Quash in connection with the Subpoenas served upon Nellya Volostnykh, Valery Volostnykh and Jehna Ryland, and the Subpoena served upon Bank of Nevada.

**WHEREAS**, as a result of the initial meet and confer, the Trustee agreed to extend the document production deadline of October 14, 2016, due under the Subpoenas for Nellya Volostnykh, Valery Volostnykh and Jehna Ryland.

**WHEREAS**, the deadline for document production for V. Volostnykh, N. Volostnykh and Ryland was extended to October 27, 2016, at 5:00 p.m.

**WHEREAS**, in addition, the deadline for document production in connection with the Bank of Nevada subpoena was extended to October 27, 2016, at 5:00 p.m.

**WHEREAS**, the 2004 Examination dates for the V. Volostnykh Exam, N. Volostnykh Exam and Ryland Exam were continued to Friday, November 4, 2016, commencing at 9:00 a.m.

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for Valery Volostnykh, Nellya Volosynkh and Jehna Ryland to produce documents is extended from October 27, 2016 at 5:00 p.m. to November 18, 2016 at 5:00 p.m.;

**IT IS FURTHER STIPULATED AND AGREED** that the deadline for Bank of Nevada to produce documents responsive to the Subpoena is extended from October 27, 2016, at 5:00 p.m. to November 23, 2016, at 5:00 p.m.;

**IT IS FURTHER STIPULATED AND AGREED** that the 2004 Examinations for Valery Volostnykh, Nellya Volostnykh and Jehna Ryland Exam scheduled for November 4, 2016 are hereby **VACATED**; and

. . .

. . .

. . .

. . .

. . .

11926-01/1778704.doc

**IT IS FURTHER STIPULATED AND AGREED** that Nellya Volostnykh, Valery Volostnykh and Jehna Ryland reserve all rights to file motions to quash or motions for protective orders, and preserve any and all objections to the subpoenas, the scope of the subpoenas, and the propriety of the subpoenas served upon Nellya Volostnykh, Valery Volostnykh and Jehna Ryland including, but not limited to, the Subpoena served upon Bank of Nevada.

**IT IS SO STIPULATED.**

DATED this 2nd day of November, 2016.

| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | ATKINSON LAW ASSOCIATES LTD |
|---|---|
| /s/ Ogonna M. Brown<br>Ogonna M. Brown, Esq. (NV Bar No. 7589)<br>Andrea M. Gandara, Esq. (NV Bar No. 12580)<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: 702/791-0308<br>Facsimile: 702/791-1912<br><br>*Attorneys for Valery and Nellya Volostnykh and Jehna Ryland* | /s/ Robert Atkinson<br>Robert Atkinson, Esq. (NV Bar No. 9958)<br>8965 South Easter Avenue, Suite 260<br>Las Vegas, Nevada 89123<br>Telephone: 702/614-0600<br>Facsimile: 702/614-0647<br><br>*Attorneys for Chapter 7 Trustee, Brian D. Shapiro* |

- 4 -

11926-01/1778704.doc

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson, and that on the 2nd day of November, 2016, I caused to be served a true and correct copy of STIPULATION EXTENDING 2004 EXAMINATION DEADLINES AND VACATING 2004 EXAMINATIONS OF VALERY VOLOSTNYKH, NELLYA VOLOSTNYKH, AND JEHNA RYLAND in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ signature*

An employee of Holley Driggs Walch Fine Wray Puzey & Thompson

11926-01/1778704.doc