UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: KOSOVA, ALLA V | § Case No. 16-11907-LED |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on April 08, 2016. The case was converted to one under Chapter 7 on August 16, 2016. The undersigned trustee was appointed on August 16, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         3,782,444.21

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 3,119,245.00 |
| Administrative expenses | 76,717.63 |
| Bank service fees | 4,925.08 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 581,556.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/15/2016 and the deadline for filing governmental claims was 10/05/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $136,723.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $136,723.33, for a total compensation of $136,723.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $482.27, for total expenses of $482.27.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2017           By: /s/Brian Shapiro
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-11907-LED  
**Case Name:** KOSOVA, ALLA V  

**Period Ending:** 03/27/17

**Trustee:** (007422) Brian Shapiro  
**Filed (f) or Converted (c):** 08/16/16 (c)  
**§341(a) Meeting Date:** 09/16/16  
**Claims Bar Date:** 12/15/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 11 Anthem Pointe Ct, Henderson, NV 89052-0000, C Short sale to NV Casa Domain, LLC per order entered 11-10-16. Dkt. 273 | 0.00 | 0.00 | | 1,700,000.00 | FA |
| 2 | Cash<br>value changed per amendment filed 8/30/16. Dkt. 96 See asset #18. | 190,000.00 | 46,050.00 | | 0.00 | FA |
| 3 | Wells Fargo PMA Account #6500<br>value changed per amendment filed 8/30/16. Dkt. 96 | 6,000.00 | 2,689.64 | | 37,816.38 | FA |
| 4 | Wells Fargo Way2Save Checking ending #2406<br>value changed per amendment filed 8/30/16. Dkt. 96 | 1,720.00 | 1,720.00 | | 0.00 | FA |
| 5 | Wells Fargo Teen Checking ending #8400 | 45.00 | 45.00 | | 40.00 | FA |
| 6 | Wells Fargo Teen Checking ending #8418 | 23.00 | 23.00 | | 11.03 | FA |
| 7 | Wells Fargo Teen Checking ending #8426 | 56.00 | 56.00 | | 42.52 | FA |
| 8 | Wells Fargo Teen Checking Ending #4272 | 303.00 | 303.00 | | 0.00 | FA |
| 9 | Wells Fargo High Yield Savings Ending #2526 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Household Goods | 30,000.00 | 13,139.00 | | 0.00 | FA |
| 11 | 4 Televisions and cell phone, computer, printer, | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12 | Clothes | 500.00 | 500.00 | | 0.00 | FA |
| 13 | hunting rifle | 250.00 | 250.00 | | 0.00 | FA |
| 14 | Nonpublic stock and businesses: Rare Finds, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Child Support Payments. Debtor is entitled to $3  (u) | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Tax Refund: Federal | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2014 Lexus RX 350, 35000 miles. Entire property | 33,350.00 | 0.00 | | 0.00 | FA |
| 18 | Wells Fargo checking ending #7265  (u)<br>acct was DIP acct in Ch 11, when converted BS requested funds from Wells Fargo. | 11,904.76 | 2,976.19 | | 165,099.86 | FA |
| 19 | Wells Fargo Savings ending #4339  (u) | 2,690.19 | 672.55 | | 2,590.26 | FA |
| 20 | Alla Wartenberg vs. Westpoint Development Group (u)<br>A-15-72388-D Construction Defect Lawsuit. | 0.00 | 0.00 | | 1,000,000.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-11907-LED  
**Case Name:** KOSOVA, ALLA V  

**Period Ending:** 03/27/17

**Trustee:** (007422)  Brian Shapiro  
**Filed (f) or Converted (c):** 08/16/16 (c)  
**§341(a) Meeting Date:** 09/16/16  
**Claims Bar Date:** 12/15/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Atkinson to be employed as General Counsl, Bourassa Law Group to be employed as Special Counsel. Case has settled, still working on amount. | | | | | |
| 21  Insurance Claim with State Farm  (u)<br>    Proceeds held by debtor that were undisclosed. Order pending | 0.00 | 465,827.77 | | 465,827.77 | FA |
| 22  Retainer Fee from Former Attorney  (u) | 0.00 | 11,000.00 | | 11,000.00 | FA |
| 23  Global Settlement of Non-Exempt Assets  (u)<br>    Settlement of non-exempt assets.  Order entered 11-10-16. Dkt. 273 | 0.00 | 0.00 | | 400,000.00 | FA |
| 23    Assets    Totals (Excluding unknown values) | **$280,141.95** | **$548,252.15** | | **$3,782,427.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

   4-15-17 File NFR  
   5-15-17 Upload Order to Pay  
   7-15-17 Review for TDR

**Initial Projected Date Of Final Report (TFR):**   September 30, 2017    **Current Projected Date Of Final Report (TFR):**   September 30, 2017

Printed: 03/27/2017 10:15 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-11907-LED  
**Case Name:** KOSOVA, ALLA V  

**Taxpayer ID #:** **-***5768  
**Period Ending:** 03/27/17  

**Trustee:** Brian Shapiro (007422)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/16 | {18} | Wells Fargo Bank, NA | Turnover of funds in DIP account Wells Fargo #7265 | 1229-000 | 165,099.86 | | 165,099.86 |
| 09/02/16 | {6} | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1129-000 | 11.03 | | 165,110.89 |
| 09/02/16 | | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1229-000 | 16.39 | | 165,127.28 |
| 09/02/16 | {5} | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1129-000 | 40.00 | | 165,167.28 |
| 09/02/16 | {7} | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1129-000 | 42.52 | | 165,209.80 |
| 09/02/16 | {19} | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1229-000 | 2,590.26 | | 167,800.06 |
| 09/02/16 | {3} | Wells Fargo Bank, NA | Turnover of funds in Wells Fargo accounts | 1129-000 | 37,816.38 | | 205,616.44 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 291.06 | 205,325.38 |
| 10/12/16 | | Seth D Ballstaedt | Turnover of retainer fee from Ballstaedt's office | 1290-000 | 11,000.00 | | 216,325.38 |
| 10/19/16 | | Seth Ballstaedt | | 1290-000 | -11,000.00 | | 205,325.38 |
| 10/31/16 | {21} | State Farm Fire and Casualty Company | Turnover of insurance proceeds. Order pending | 1290-000 | 64,935.84 | | 270,261.22 |
| 10/31/16 | {21} | State Farm Fire and Casualty Company | Turnover of insurance proceeds. Order pending | 1290-000 | 98,486.78 | | 368,748.00 |
| 10/31/16 | {21} | State Farm Fire and Casualty Company | Turnover of insurance proceeds. Order pending | 1290-000 | 302,405.15 | | 671,153.15 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.75 | 670,867.40 |
| 11/04/16 | {22} | Chase | Turnover of funds from former attorney | 1290-010 | 11,000.00 | | 681,867.40 |
| 11/14/16 | | INDYMAC VENTURE, LLC | Distribution per order entered 11/10/16. Dkt. | 4220-000 | | 209,622.50 | 472,244.90 |
| 11/15/16 | | From Account #******6067 | Transfer of funds per order entered 11/10/16. Dkt. 273 | 9999-000 | 400,000.00 | | 872,244.90 |
| 11/15/16 | | Scott Laroque | Distribution per order entered 11/10/16. Dkt. 273 | 5200-000 | | 209,622.50 | 662,622.40 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,672.47 | 660,949.93 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 948.08 | 660,001.85 |
| 01/11/17 | 101 | ATKINSON LAW ASSOCIATES, LTD. | Attorney fees per order entered on 1/4/17. Dkt. 295 | 3210-000 | | 71,306.00 | 588,695.85 |
| 01/11/17 | 102 | ATKINSON LAW ASSOCIATES, LTD. | Attorney expenses per order entered on 1/4/17. Dkt. 295 | 3220-000 | | 5,411.63 | 583,284.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 945.96 | 582,338.26 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 781.76 | 581,556.50 |
| | | | **ACCOUNT TOTALS** | | 1,082,444.21 | 500,887.71 | **$581,556.50** |
| | | | Less: Bank Transfers | | 400,000.00 | 0.00 | |
| | | | **Subtotal** | | 682,444.21 | 500,887.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$682,444.21** | **$500,887.71** | |

{} Asset reference(s)

Printed: 03/27/2017 10:15 PM    V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-11907-LED | | Trustee: | Brian Shapiro (007422) |
|---|---|---|---|---|
| Case Name: | KOSOVA, ALLA V | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6067 - Checking Account |
| Taxpayer ID #: | **-***5768 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/27/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/03/16 | | Scott LaRoque | Turnover of settlement funds. Order entered 11-10-16. Dkt. 273 | | 3,100,000.00 | | 3,100,000.00 |
| | {20} | | 1,000,000.00 | 1249-000 | | | 3,100,000.00 |
| | {23} | | 400,000.00 | 1249-000 | | | 3,100,000.00 |
| | {1} | | 1,700,000.00 | 1110-000 | | | 3,100,000.00 |
| 11/14/16 | | Indymac Venture, LLC | Distribution per order entered 11/10/16. Dkt. 273 | 4220-000 | | 2,700,000.00 | 400,000.00 |
| 11/15/16 | | To Account #******6066 | Transfer of funds per order entered 11/10/16. Dkt. 273 | 9999-000 | | 400,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,100,000.00 | 3,100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 400,000.00 | |
| | | | **Subtotal** | | 3,100,000.00 | 2,700,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $3,100,000.00 | $2,700,000.00 | |

Net Receipts :   3,782,444.21

Net Estate :   $3,782,444.21

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6066 | 682,444.21 | 500,887.71 | 581,556.50 |
| Checking # ******6067 | 3,100,000.00 | 2,700,000.00 | 0.00 |
| | $3,782,444.21 | $3,200,887.71 | $581,556.50 |

{} Asset reference(s)

Printed: 03/27/2017 10:15 PM    V.13.30

# Claims Register

### Case: 16-11907-LED    KOSOVA, ALLA V

Claims Bar Date:   12/15/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Brian Shapiro<br>510 S. 8th Street<br>Las Vegas, NV 89101<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>08/16/16 |  | $136,723.33<br>$136,723.33 | $0.00 | $136,723.33 |
|  | Brian Shapiro<br>510 S. 8th Street<br>Las Vegas, NV 89101<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>08/16/16 |  | $482.27<br>$482.27 | $0.00 | $482.27 |
| 1P-2 | Internal Revenue Service<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>04/19/16 | Claim was paid in full on 10/17/16 by Scott LaRoque.  Trustee has copy of receipt. | $1,459.72<br>$0.00 | $0.00 | $0.00 |
| 1U-2 | Internal Revenue Service<br>PO Box 7346<br><br>Philadelphia, PA 19101-7346<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/19/16 | Claim was paid in full on 10/17/16 by Scott LaRoque.  Trustee has copy of receipt. | $85.02<br>$0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/16 | Claim withdrawn by creditor. Dkt. 230 | $14,313.60<br>$0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/30/16 | Claim withdrawn by creditor. Dkt. 231 | $47,673.40<br>$0.00 | $0.00 | $0.00 |
| 4 | JPMorgan Chase Bank, N.A.<br>P.O. Box 29505 AZ1-1191<br><br>Phoenix, AZ 85038-9505<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI>,  100 | Secured<br>07/28/16 | Claim was paid in full on 10/17/16 by Scott LaRoque.  Trustee has copy of receipt. | $20,116.04<br>$0.00 | $0.00 | $0.00 |

# Claims Register

### Case: 16-11907-LED   KOSOVA, ALLA V

Claims Bar Date:  12/15/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5S | IndyMac Venture, LLC<br>CIT Bank, N.A.<br>P.O. Box 9013<br>Addison, TX 75001 | Secured<br>08/10/16 | | $4,377,597.10<br>$2,909,622.50 | $2,909,622.50 | $0.00 |
| | | | Remaining balance of claim to be subordinated general unsecured per order entered 11/10/16. Dkt. 273 | | | |
| | <4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | | | | | |
| 5U | IndyMac Venture, LLC<br>CIT Bank, N.A.<br>P.O. Box 9013<br>Addison, TX 75001 | Unsecured<br>08/10/16 | | $1,467,974.60<br>$1,467,974.60 | $0.00 | $1,467,974.60 |
| | | | Remaining balance of claim to be subordinated general unsecured per order entered 11/10/16. Dkt. 273 | | | |
| | <7400-00   Subordinated General Unsecured (Equitably or consensually subordinated)>, 630 | | | | | |
| 6 | Office of the United States Trustee (ADMINISTRATIVE)<br>300 Las Vegas Blvd, #4300<br>Las Vegas, NV 89101 | Admin Ch. 7<br>09/07/16 | | $650.00<br>$650.00 | $0.00 | $650.00 |
| | <2950-00   U.S. Trustee Quarterly Fees>, 200 | | | | | |
| 7 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>11/17/16 | 6141 | $20,735.90<br>$20,735.90 | $0.00 | $20,735.90 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 8 -2 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured<br>12/12/16 | 6443 | $1,692.84<br>$1,692.84 | $0.00 | $1,692.84 |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| ADMIN | NV Casa Domain, LLC | Priority<br>08/16/16 | | $209,622.50<br>$209,622.50 | $209,622.50 | $0.00 |
| | | | Unsecured claim allowed per order entered 11-10-16. Dkt. 273 | | | |
| | <5200-00   Unsecured Claims Allowed>, 505 | | | | | |

                                                                            Case Total:         $3,119,245.00      $1,628,258.94

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-11907-LED
Case Name: KOSOVA, ALLA V
Trustee Name: Brian Shapiro

**Balance on hand:**  $   581,556.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   581,556.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Shapiro | 136,723.33 | 0.00 | 136,723.33 |
| Trustee, Expenses - Brian Shapiro | 482.27 | 0.00 | 482.27 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administration expenses:  $   137,855.60
Remaining balance:  $   443,700.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $   0.00
Remaining balance:  $   443,700.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $209,622.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| ADMIN | NV Casa Domain, LLC | 209,622.50 | 209,622.50 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 443,700.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,428.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Discover Bank | 20,735.90 | 0.00 | 20,735.90 |
| 8 -2 | MIDLAND FUNDING LLC | 1,692.84 | 0.00 | 1,692.84 |

|  | Total to be paid for timely general unsecured claims: | $ | 22,428.74 |
|---|---|---|---|
|  | Remaining balance: | $ | 421,272.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 421,272.16 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,467,974.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 28.7 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U | IndyMac Venture, LLC | 1,467,974.60 | 0.00 | 421,272.16 |

Total to be paid for subordinated claims: $    421,272.16
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**