NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
ALLA V KOSOVA  
    dba RARE FINDS, LLC  
    fka ALLA V WARTENBERG  

               Debtor(s)

BK−16−11907−btb  
CHAPTER 7

FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that BRIAN D. SHAPIRO is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 2/2/18

*Mary A Schott* (signature)

Mary A. Schott  
Clerk of Court